1  SARA ZALKIN, CSBN 223044
   506 Broadway
2  San Francisco, CA 94133
   Tel: 415-986-5591
3  Fax: 415-421-1331
   sara@pier5law.com
4  Attorney for Defendant
   WILLIAM BROCK, IV

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      NO. 2:12-cr-00258 MCE

10             Plaintiff,
                                  STIPULATION REGARDING EXCLUDABLE
11     v.                         TIME PERIODS UNDER SPEEDY TRIAL
                                  ACT; FINDINGS AND ORDER
12 WILLIAM BROCK, et al.,

13             Defendant.
   _____/
14

15      Defendant William Brock, IV, by and through his counsel of

16 record, and plaintiff, by and through its counsel of record,

17 hereby stipulate as follows:

18      1.  By previous order, this matter was set for status

19 conference on December 7, 2012.

20      2.  By this stipulation, defendant now moves to continue

21 the status conference until January 24, 2013, at 9:00 a.m., and

22 to exclude time between December 7, 2012 and January 24, 2013

23 under Local Code T4.  The United States does not oppose this

24 request.

25      3.  The parties agree and stipulate, and request that the

26 Court find the following:

27 ///

28 ///

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1       a.  Discovery is still ongoing, specifically, search

2  warrants and/or court orders, including the underlying

3  affidavits, issued by the Sacramento County Superior Court, and

4  the State of Illinois (Will County), without which defense

5  counsel is unable to proceed with the setting of motions; trial

6  setting; and meaningful settlement discussion.

7       b.  Mr. Brock's counsel recently submitted an application

8  for subpoenas duces tecum (pursuant to Rule 17 of the Federal

9  Rules of Criminal Procedure).

10      c.  Government counsel recently obtained items previously

11 requested from the State of Illinois, and is working with

12 defense counsel vis-a-vis the Sacramento Superior Court

13 material.

14      d.  Counsel for defendant Brock believes that the failure

15 to grant the above-requested continuance would deny her the

16 reasonable time necessary for effective preparation, taking into

17 account the exercise of due diligence.

18      e.  The United States does not object to the continuance,

19 and all parties are in agreement.

20      f.  Based on the above-stated findings, the ends of justice

21 served by continuing the case, as requested, outweigh the

22 interest of the public and the defendant in a trial within the

23 original date prescribed by the Speedy Trial Act.

24 ///

25 ///

26 ///

27 ///

28 ///

1    g.  For the purpose of computing time under the Speedy

2  Trial Act (18 U.S.C. § 3161, et seq.), within which the trial

3  must commence, the time period of December 7, 2012 to January

4  24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.

5  § 3161(h)(7)(A), B(iv) [Local Code T4], because it results from

6  a continuance granted by the Court at the defendant's request,

7  on the basis of the Court's finding that the ends of justice

8  served by taking such action outweigh the best interest of the

9  public and the defendant in a speedy trial.

10    4.  Nothing in this stipulation and order shall preclude a

11  finding that other provisions of the Speedy Trial Act dictate

12  that additional time periods are excludable from the time period

13  within which a trial must commence.

14    IT IS SO STIPULATED.

15    Dated: December 5, 2012          BENJAMIN B. WAGNER
                                        United States Attorney
16
                                        /s/TODD A. PICKLES
17                                  By: TODD A. PICKLES
                                        AUSA
18

19    Dated: December 5, 2012          SARA ZALKIN

20                                      /s/SARA ZALKIN
                                        Attorney for Defendant
21                                      WILLIAM BROCK, IV

22
      Dated: December 5, 2012          MICHAEL ETTINGER
23
                                        /s/MICHAEL ETTINGER
24                                      Attorney for Defendant
                                        WILLIAM BROCK, IV
25                                      *Pro Hac Vice*

26
      Dated: December 5, 2012          LINDA PARISI
27
                                        /s/PARISI
28                                      Attorney for Defendant
                                        CHAD CALVERT

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

## ORDER

At the request of the parties, and good cause appearing, IT IS SO FOUND AND ORDERED.  The status conference is hereby continued until January 24, 2013, at 9:00 a.m.  The time period between December 7, 2012 and January 24, 2013 is excluded under Local Code T4.

Dated: December 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331