SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331
sara@pier5law.com
Attorney for Defendant
WILLIAM BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-00258 MCE |
| Plaintiff, | STIPULATION REGARDING AMENDED BRIEFING SCHEDULE; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| WILLIAM BROCK, et al., | |
| Defendant. | |

Defendant William Brock, IV, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.  At the request of the defense, and without objection from the government, the briefing schedule set forth in the previous stipulation and order (signed January 23, 2013) is hereby modified as follows:

2.  Defense motions shall be filed by February 11, 2013 (instead of February 4, 2013), with all other dates to remain as set (March 25, 2013 for any opposition; April 15, 2013 for any replies; and a hearing date of May 9, 2013 at 9:00 a.m.).

3.  Mr. Brock filed a motion to quash on January 31, 2013,

1  with required a table of authorities and other formatting skill
2  due to length, as will be true for his motion to traverse.
3  However, due to an unforeseen staff shortage, additional time is
4  needed.
5       4.  Additionally, Ms. Parisi, counsel for co-defendant Mr.
6  Calvert, is engaged in trial in another matter, impacting her
7  ability to file or join any motions on her client's behalf.
8       5.  The requested amendment should not change the time
9  exclusions previously found by the Court in its order signed
10 January 23, 2013, to wit: For the purpose of computing time
11 under the Speedy Trial Act (18 U.S.C. § 3161, et seq.), within
12 which the trial must commence, the time period of January 24,
13 2013 to May 9, 2013, inclusive, is deemed excludable pursuant to
14 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it
15 results from a continuance granted by the Court at the
16 defendant's request, on the basis of the Court's finding that
17 the ends of justice served by taking such action outweigh the
18 best interest of the public and the defendant in a speedy trial.
19      IT IS SO STIPULATED.

20   Dated: February 4, 2013        BENJAMIN B. WAGNER
                                    United States Attorney
21
                                    /s/TODD A. PICKLES
22                             By:  TODD A. PICKLES
                                    AUSA
23

24   Dated: February 4, 2013        SARA ZALKIN

25                                  /s/SARA ZALKIN
                                    Attorney for Defendant
26                                  WILLIAM BROCK, IV

27
28   Dated: February 4, 2013        MICHAEL ETTINGER

                                    /s/MICHAEL ETTINGER

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

```
                                    Attorney for Defendant
                                    WILLIAM BROCK, IV
                                    Pro Hac Vice

Dated: February 4, 2013             LINDA PARISI

                                    /s/PARISI
                                    Attorney for Defendant
                                    CHAD CALVERT
```

**ORDER**

At the request of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331