SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331
sara@pier5law.com
Attorney for Defendant
WILLIAM BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-00258 MCE |
| Plaintiff, | |
| v. | STIPULATION REGARDING VACATING THE JANUARY 30, 2014 HEARING ON RULE 29 MOTION, TO BE HEARD INSTEAD ON THE SAME DATE AS JUDGMENT AND SENTENCING (MARCH 13, 2014); FINDINGS AND ORDER |
| WILLIAM BROCK, | |
| Defendant. / | |

Defendant William Brock, IV, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.   Mr. Brock filed a Motion for Judgment of Acquittal (Docket No. 117), noticed for January 30, 2014, the date set for the sentencing hearing, and the government filed an opposition thereto (Docket No. 120.)

2.   In light of the continuance of judgment and sentencing to March 13, 2014, due to workload demand at the United States Probation Office (Docket No. 121), Mr. Brock respectfully requests that the hearing on his above-referenced motion be continued as well.

3. The government has no objection to this request.

1

1   IT IS SO STIPULATED.
    Dated: January 27, 2014                                   BENJAMIN B.
2                                              WAGNER
                                               United States Attorney
3
                                               /s/TODD A. PICKLES
4                                    By:       TODD A. PICKLES
                                               AUSA
5
    Dated: January 27, 2014                                    SARA ZALKIN
6
                                               /s/SARA ZALKIN
7                                              Attorney for Defendant
                                               WILLIAM BROCK, IV
8

9   Dated: January 27, 2014                                    MICHAEL
                                               ETTINGER
10
                                               /s/MICHAEL ETTINGER
11                                             Attorney for Defendant
                                               WILLIAM BROCK, IV
12                                             *Pro Hac Vice*

13

14

15                              **ORDER**

16      At the request of the parties, and good cause appearing, the hearing on
    Defendant's Motion is hereby continued to March 13, 2014, at 9:00 AM in Courtroom 7.
17
        IT IS SO ORDERED.
18
    Dated:   January 29, 2014
19

20

21

22   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
23

24

25

26

27

28
                                    2