SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco, CA 94133
Tel: 415-986-5591
Fax: 415-421-1331
sara@pier5law.com
Attorney for Defendant
WILLIAM BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00258 MCE |
| Plaintiff, | STIPULATION TO AMEND SENTENCING SCHEDULE RE: MOTION FOR CORRECTION OF THE PRESENTENCE REPORT; FINDINGS AND ORDER |
| v. | |
| WILLIAM BROCK, | |
| Defendant. | |

Defendant William Brock, IV, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. At the request of United States Probation, Mr. Brock's sentencing date of January 30, 2014 was continued to March 13, 2014 (Docket No. 121), and thereafter on the Court's own motion, to March 14, 2014 (Docket No. 125).

2. The proposed schedule contemplated that the draft Presentence Report (PSR) would be disclosed no later than January 30, 2014; objections made by February 13, 2014; and the PSR would be

filed with the Court and disclosed to counsel no later than February 20, 2014.

3. The draft PSR was disclosed on February 3, 2014, and Mr. Brock served his objections on February 13, 2014.

4. Probation advised that the PSR will be filed and disclosed today, February 25, 2014.

5. Counsel for Mr. Brock accordingly requests that the proposed sentencing schedule be modified to extend the due date of his Motion for Correction (if one is necessary) to March 3, 2014, with all other dates to remain unchanged.

6. The government does not object to this request.

IT IS SO STIPULATED.

Dated: February 25, 2014    BENJAMIN B. WAGNER
                           United States Attorney

                           /s/TODD A. PICKLES
                           By:  TODD A. PICKLES
                           AUSA

Dated: February 25, 2014    SARA ZALKIN

                           /s/SARA ZALKIN
                           Attorney for Defendant
                           WILLIAM BROCK, IV

```
Dated: February 25, 2014        MICHAEL ETTINGER

                                /s/MICHAEL ETTINGER
                                Attorney for Defendant
                                WILLIAM BROCK, IV
                                Pro Hac Vice
```

**ORDER**

IT IS SO ORDERED.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT