HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
WILLIAM E. BROCK, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM E. BROCK, IV<br><br>    Defendant. | No.  Cr. 2:12-cr-00258-MCE<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

The Office of the Federal Defender hereby requests to withdraw as counsel in the above-encaptioned case.  Pursuant to General Order 546, this Office "is appointed to represent any defendant…who files a pro se motion for relief seeking a sentence reduction under retroactive application of U.S.S.G. Amendment 782."  On May 2, 2016, defendant, William E. Brock IV, filed a *pro se* motion to reduce his sentence under retroactive Amendment 782.  Dkt #162 .  Therefore, this Office is currently appointed to represent him.

On February 5, 2016, Mr. Brock filed a letter asking that the Court "please be so advised and let the record reflect that I thereby and herewith invoke my right to proceed in a motion pursuant to 18 U.S.C. Section 3582(c)(2), as to the United States Sentencing Commission's amendment's (sic) to the United States Sentencing Guidelines in Amendment 782."  Dkt # 161. On May 26, 2016, Mr. Brock filed a "motion to invoke right of self-representation," in which he "respectfully invokes his right to self-representation in the pending proceeding under 18 U.S.C. §3582." Dkt # 166.

Based on Mr. Brock's wish to proceed *pro se* on his motion to reduce his sentence under the recent changes enacted by Amendment 782, as expressed in the filings at Docket numbers 161 and 166, the Office of the Federal Defender hereby requests to withdraw as counsel in this case.

Dated:   June 3, 2016

>Respectfully submitted,
>
>HEATHER E. WILLIAMS
>Federal Defender
>
>/s/ *Hannah R. Labaree*
>HANNAH R. LABAREE
>Assistant Federal Defender

### ORDER

The Court, having considered the assertions above, and good cause appearing therefore, GRANTS the instant motion to withdraw as counsel in the above-encaptioned case.

IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE