AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:12-cr-00258-MCE-DB   Document 178   Filed 01/13/17   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 2:12-cr-00258-MCE |
| WILLIAM E. BROCK, IV | ) | |
| | ) | USM No: 68941-097 |
| Date of Original Judgment: 3/14/2014 | ) | |
| Date of Previous Amended Judgment: | ) | Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    188    months **is reduced to**    151 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    3/17/2014    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:

*Judge's signature*

Effective Date:                                     MORRISON C. ENGLAND, JR.
                                                    CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*                    *Printed name and title*