UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM E. BROCK, IV,<br><br>　　　　Defendant. | No. 2:12-CR-00258-MCE<br><br><br>**ORDER** |

　　The Court is in receipt of Defendant's Motion to Proceed In Forma Pauperis (ECF No. 182) on appeal from the Court's order reducing his sentence (ECF No. 177). That Motion is DENIED.

　　IT IS SO ORDERED.

Dated: March 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1