1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:12-cr-00258 MCE DB

12              Respondent,

13        v.                                ORDER

14   WILLIAM E. BROCK, IV,

15              Movant.

16

17        This Court is in receipt of the government's Motion to Stay Defendant William E. Brock,

18   IV's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 170.)

19   IT IS HEREBY ORDERED THAT:

20        1.    Defendant Brock may file any opposition or statement of non-opposition to the

21   government's Motion to Stay no later than three weeks of the date of service of the government's

22   Motion to Stay.

23        2.    The government may file a reply brief, if any, no later than one week after Brock

24   filing any opposition.  Thereafter, the matter will be submitted on the papers.

25   ////

26   ////

27   ////

28   ////

                                         1

1      3.     The date for the United States to answer Brock's § 2255 motion is continued until

2 the Court decides the present motion to stay. In the event that the Court denies the motion to stay,

3 the United States shall file its answer to the § 2255 motion within 45 days of such order.

4 Dated: June 7, 2017

5

6

7                        DEBORAH BARNES
                       UNITED STATES MAGISTRATE JUDGE

8

9 TIM-DLB:10
DB / ORDERS / ORDERS.PRISONER.HABEAS / Broc.0258.mts

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28