UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>WILLIAM E. BROCK, IV,<br><br>Movant. | No. 2:12-cr-00258 MCE DB<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 1, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 210.) Neither party has filed objections to the findings and recommendations. However, movant has requested to withdraw his motion to vacate, set aside, or correct his sentence. (ECF No. 211.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. The findings and recommendations filed April 1, 2019, are adopted in full; |
| 3 | 2. The motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (ECF No. 170) be denied; |
| 5 | 3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253. |
| 7 | 4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-2049 MCE DB, and to enter judgment. |
| 9 | IT IS SO ORDERED. |

Dated: May 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Brock12cr0258.805.vac