UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. BROCK, IV,<br><br>Defendant. | No. 2:12-CR-00258-MCE<br><br><br><br>**ORDER** |

Presently before the Court are two Motions filed by Defendant William E. Brock, IV, ("Defendant"). His Motion to Expand the Record (ECF No. 224) is GRANTED, and his Motion to Vacate and/or Reduce Sentence is DENIED.

IT IS SO ORDERED.

Dated: April 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1